IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ERNEST C. ANDERSON,

     Appellant,

v.

Case No.  5D23-1011
LT Case No. 2014-303883-CFDB

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed May 2, 2023

3.850 Appeal from the Circuit Court
for Volusia County,
Leah R. Case, Judge.

Ernest C. Anderson, Crestview, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Deborah A. Chance,
Assistant Attorney General, Daytona Beach,
for Appellee.


PER CURIAM.

    AFFIRMED.


JAY, HARRIS and PRATT, JJ., concur.